






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00137-CV






Texas Department of Public Safety, Appellant



v.



Susan Erard-Coupe, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT


NO. 00-3459, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING






PER CURIAM


	Appellant Texas Department of Public Safety has filed a motion to dismiss the appeal,
to which appellee Susan Erard-Coupe has no objection.  We grant the motion and dismiss the appeal. 
Tex. R. App. P. 42.1(a)(2).


Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed:   April 26, 2001

Do Not Publish


